OPINIONS PER CURIAM, ETC., FROM FEBRUARY 23, 1904, TO APRIL 4, 1904.

No. —. Original. *Ex parte.* IN THE MATTER OF ARTHUR P. SCHOFIELD, PETITIONER. February 29, 1904. Motion for leave to file petition for a writ of habeas corpus denied. *Mr. John Burke* and *Mr. Guy C. H. Corliss* for petitioner in support of motion. *Mr. Solicitor General Hoyt* opposing.

———

No. 485. INTERNATIONAL TRUST COMPANY, PLAINTIFF IN ERROR, *v.* JOHN W. WEEKS, AGENT, ETC. In error to the United States Circuit Court of Appeals for the First Circuit. Motion to dismiss submitted February 29, 1904. Decided March 7, 1904. *Per Curiam.* Dismissed for the want of jurisdiction. *McLish* v. *Roff*, 141 U.S. 661; *Kirwan* v. *Murphy*, 170 U. S. 205, 209; *Kingman* v. *Western Manufacturing Company*, 170 U. S. 675; *Haseltine* v. *Central Bank of Springfield*, 183 U. S. 130. *Mr. Eugene P. Carver, Mr. Edward E. Blodgett* and *Mr. G. Philip Wardner* in support of motion. *Mr. Robert M. Morse* and *Mr. William M. Richardson* opposing.

———

No. 512. OWENSBORO WATER WORKS COMPANY OF OWENSBORO, KY., APPELLANT, *v.* CITY OF OWENSBORO, KY. Appeal from the Circuit Court of the United States for the Western District of Kentucky. Submitted February 29, 1904. Decided March 7, 1904. *Per Curiam.* Decree affirmed with costs, on the authority of *City of Joplin* v. *Southwest Missouri Light Company*, 191 U. S. 150. *Mr. William T. Ellis* and *Mr. J. D. Atchison* for appellant. *Mr. Reuben A. Miller, Mr. Geo. W. Jolly, Mr. Charles S. Walker* and *Mr. Robert S. Todd* for appellee.